I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO (SEE BELOW) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE

TO:    DATE:    DEPUTY CLERK:

Plaintiff on January 7, 2015 by TS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ANTQUAN DUPREE CLAY,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>F. HARRIS et al.,<br><br>　　　　　Defendants. | No. ED CV 14-0844-GHK (DFM)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

Central District Local Rule 41-6 requires Plaintiff to keep the Court apprised of his current address and warns that the Court may dismiss an action for want of prosecution if a party fails to notify the Court in writing of his current address. On August 26, 2014, shortly after the filing of the Second Amended Complaint, Plaintiff was expressly reminded of this requirement: "During the pendency of the action, Plaintiff must notify the Court immediately if his address changes and must provide the Court with the new address and its effective date." Dkt. 9 at 2.

The Court's September 16, 2014 order denying appointment of counsel and its October 23, 2014 order authorizing discovery were both returned to the Court by the West Valley Detention Center as undelivered. See Dkt. 13, 22.

The envelope for the latter document indicated that Plaintiff is no longer in custody. See Dkt. 22. The Court has checked the inmate locator features of the San Bernardino County Sheriff's Department and California Department of Corrections websites; it does not appear that Plaintiff is in the custody of either incarcerating agency.

IT IS THEREFORE ORDERED that Plaintiff show cause within twenty-one (21) days of the date of this order why his action should not be dismissed without prejudice for failure to comply with Local Rule 41-6 and/or for failure to prosecute. Notice to the Court of a current address shall be deemed a sufficient response to this order. If Petitioner does not timely comply with this Court's order to show cause, the Court will recommend that the action be dismissed without prejudice for Petitioner's failure to prosecute. The Clerk is directed to serve by U.S. Mail a copy of this order on Plaintiff's address of record.

Dated: January 7, 2015

_____
DOUGLAS F. McCORMICK
United States Magistrate Judge