ENTERED
CLERK, U.S. DISTRICT COURT
April 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
April 3, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TS___ DEPUTY

**JS-6/ENTER**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| ANTQUAN CLAY,<br><br>      Plaintiff,<br><br>    v.<br><br>F. HARRIS et al.,<br><br>      Defendants. | No. ED CV 14-00844-GHK (DFM)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 4/3/15

_____
GEORGE H. KING
Chief United States District Judge